UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Debtors:

Robert III Swisher                           )   Case No. 08-29308
Dyanna Swisher
540 W Smith Road
Braceville, IL 60407

Trustee:
Deborah Kanner Ebner
11 E. Adams St.
Suite 800
Chicago, IL 60603

### STIPULATION TO EXTEND CREDITORS MEETING AND DISCHARGE

Debtors herein stipulate and agree to extension of the Meeting of the Creditors currently set for November 20, 2008 to January 8, 2009, and the final date for Objection to Discharge or the Dischargeability of a Particular Debt to March 8, 2009.

_____              _____
Robert III Swisher                                  Robert G. Whitley Jr.
                                                    Attorney for Debtors
_____
Dyanna Swisher

### CERTIFICATE OF SERVICE

The undersigned, a licensed attorney, certifies that a copy of the foregoing instrument was served upon the Trustee and Attorneys of Record of all parties electronically through the court's ECF system on the 17th day of November, 2008.

_____
Robert G. Whitley Jr.

**ROBERT G. WHITLEY, JR.**
Attorney for Plaintiff
ARDC# 03005542
15028 S. Des Plaines Street
Plainfield, Illinois 60544
Telephone: 815-436-4700
Facsimile: 815-4364700